FILED

MAY - 5 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v.  ) No. | 4:21CR00287 JAR/PLC |
| MICHAEL BAKALE, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I
### (COERCION/ENTICEMENT)

The Grand Jury charges:

Beginning in September 2016, and continuing through on or about October 2016, within the Eastern District of Missouri, the defendant,

**MICHAEL BAKALE,**

using a facility and means of interstate commerce, that is, a computer connected to the Internet, knowingly attempted to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, statutory sodomy (Mo. Rev. Stat. 566.034, 566.064).

1

In violation of 18 U.S.C. § 2422(b).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney