UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:21CR287 JAR |
| | ) **FILED UNDER SEAL** |
| MICHAEL BAKALE, | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO WITHDRAW**

COME Now United States of America, by and through the United States Attorney for the Eastern District of Missouri, and Dianna R. Collins, Assistant United States Attorney for said District, and hereby seeks leave to withdraw its sealed Sentencing Document (Doc. # 50).

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ Jennifer A. Winfield
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200