UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,          )
                                   )
         Plaintiff,                )
                                   )
vs.                                )        Case No. 4:21 cr 287 JAR
                                   )
MICHAEL BAKALE ,                   )
                                   )
         Defendant.                )

## NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07,

notifies the Court as follows:

☐   **A Notice of Appeal will be filed by defense counsel within the time allowed by law.**

☒   **Defense counsel has explained to defendant his/her right to appeal and defendant has not requested that counsel file a Notice of Appeal.**

☐   **The defendant declines to sign this notice.**

(**Note**:  **Defense counsel should check the appropriate box(es) above.**)

8/23/22
Date

_____
Signature of Attorney

☐   **I have been fully informed of my right to appeal the final judgment in this case, I do not wish to file a Notice of Appeal, and I have instructed my attorney not to file a Notice of Appeal.**

8/23/22
Date

_____
Signature of Defendant